JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JEREMIAH DENARD, and individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; MELISSA, an individual; and DOES 1 – 25, inclusive<br><br>Defendants. | CASE NO. 5:22-cv-00339 MWF (KSx)<br><br>**Assigned to Hon. Michael W. Fitzgerald**<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

After full consideration of the Joint Stipulation of The Parties to Remand to State Court,

**WHEREAS,**

1. Plaintiff Denard agrees and stipulates to dismiss Defendant "Melissa" and refrain from individually naming any current or former Target employee as a defendant in this case; and

2. The Parties agree that the case should be remanded to the San Bernardino County Superior Court, Case No.: CIVSB2115882, despite this court's jurisdiction; and

3. The Parties stipulate and request that an Order be issued in accordance with this Stipulation;

///

///

1

**IT IS HEREBY ORDERED THAT**:

1. Good cause appearing therefor, this matter is hereby **REMANDED** to the San Bernardino County Superior Court, Case No.: CIVSB2115882 in which the "Notice of Removal of Civil Action" was filed with this Court on February 24, 2022 as Docket No. 1;

2. The Parties agree that neither Party shall be deemed a prevailing party pursuant to this Stipulation and as a result of this remand;

3. The Parties shall bear their own fees and costs;

4. The Court further orders that the court file in this case be transferred by the clerk of this Court to the Clerk of the State Court, along with a certified copy of this Order of Remand.  The State Court may thereupon proceed with this case.

Dated:  April 6, 2022

                                          MICHAEL W. FITZGERALD
                                          United States District Judge